**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WAYCOOL, MFG LLC, being
sued as WayCool Manufacturing LLC,

Plaintiff,

v.

ROBERT E. JOHNSON and
JANICE ANN JOHNSON,

Defendants.

Civil No. 01-337 (DWF/AJB)

**ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Remand (Letter - Docket No. 3) is referred to Magistrate Judge Arthur J. Boylan.

Dated: March 27, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR 27 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________